209 So.2d 43

**Silas EDWARDS**

v.

**INSURANCE COMPANY OF NORTH AMERICA and Charles H. Wegmann, Jr.**

**No. 49204.**

April 19, 1968.

In re: Silas Edwards applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 207 So.2d 222.

The application is denied. According to the facts, as found to be by the Court of Appeal, there appears no error of law in the judgment complained of.